UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-20292-Cr-Altonaga
02-20676-Cr-Altonaga

UNITED STATES OF AMERICA,
Plaintiff,

v.

JACQUES JOSEPH,
RICHARD DANIEL,
MAX DANIEL,
Defendant.
_______________________________________/

**NOTICE FOR RECOMMENDATION UNDER FAIR SENTENCING ACT**

Pursuant to request of this court, undersigned counsel recommends that Richard and Max Daniels are entitled to a reduction in sentence under the Fair Sentencing Act and the retroactive guideline amendment (Amendment 750). All named defendants are serving sentences for crack cocaine offenses and none of the defendants were found to have career offender status (which would preclude a reduction). Furthermore, a brief overview of each case follows:

1. Richard Daniel is serving an amended sentence of 720 months incarceration [D.E. 279]. Paragraph 34 of the PSI states an offense level 28 based upon an offense involving at least 20 grams but less than 35 grams of cocaine base, for a then guideline range of 87-108 months (Criminal History Category II). Under the retroactive amendment, a new the offense level would be an 14, providing for a

guideline range of 18-24 months (Criminal History Category II). Thus, a reduction of 69-84 months.

2. Max Daniel is serving an amended sentence of 720 months incarceration [D.E. 281]. Paragraph 34 of the PSI states an offense level 28 based upon an offense involving at least 20 grams but less than 35 grams of cocaine base, for a then guideline range of 87-108 months (Criminal History Category II). Under the retroactive amendment, a new the offense level would be an 14, providing for a guideline range of 18-24 months (Criminal History Category II). Thus, a reduction of 69-84 months.

3. Jacques Joseph is currently serving a sentence of 106 months incarceration [D.E. 135]. This sentence seems unchanged under the FSA.

This court had further ordered undersigned counsel to review the case of Kanj Samer, 07-20984-Cr-CMA. Mr. Kanj has since retained private counsel.

Respectfully submitted,

MICHAEL CARUSO
INTERIM FEDERAL PUBLIC DEFENDER

BY: s/ Kashyap P. Patel
Kashyap P. Patel
Assistant Federal Public Defender
Florida Bar No. A5501373
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559
E-Mail Address: Kashyap_Patel@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2011, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

s/ Kashyap P. Patel
Kashyap P. Patel

**SERVICE LIST**

**United States of America v. Jacques Joseph**
**United States of America v. Richard and Max Daniel**
**Case No. 05-20292-Cr-Altonaga**
**Case No. 02-20676-Cr-Altonaga**

**United States District Court, Southern District of Florida**

Kashyap P. Patel, AFPD
Kashyap_Patel@fd.org
Federal Public Defender's Office
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Telephone: 305/530-7000
Facsimile: 305/536-4559
Attorney for Defendant
CM/ECF

United States Attorney's Office
99 N.E. 4th Street
Suite 600
Miami, Florida 33132
Telephone: 305/961-9000
Facsimile: 305/530-7976
Attorney for United States
CM/ECF

J:\Daniel, Richard Reg68847-004\WorkingSubDirectory\Notice for Recommendation Under FSA